UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ALAN BRIGNER and JEANLOUISE HALLAL,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CLAYTON KEN WALKER , et al.,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-00526-DAD-BAM<br><br>ORDER TO SUBMIT APPLICATIONS TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN THIRTY DAYS<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiffs Brent Alan Brigner and JeanLouise Hallal, proceeding *pro se,* filed the instant action on March 30, 2021. (Doc. 1.) Plaintiffs have not paid the $400.00 filing fee or submitted applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiffs forms for application to proceed in forma pauperis;

2. Within thirty (30) days of the date of service of this order, Plaintiffs shall submit completed and signed applications to proceed in forma pauperis, or in the alternative, pay the $402.00 filing fee for this action; and

3. **Failure to comply with this order will result in a recommendation for dismissal of this action.**

IT IS SO ORDERED.

　Dated:　**March 31, 2021**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1